## GRAGARA v. STATE.　(No. 3795.)

(Court of Criminal Appeals of Texas.　Nov. 3, 1915.)

CRIMINAL LAW ☞1090—QUESTIONS REVIEWABLE—SUFFICIENCY OF EVIDENCE—STATEMENT OF FACTS—BILL OF EXCEPTIONS.

The sufficiency of the evidence cannot be reviewed in the absence of a statement of facts or bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. ☞1090.]

Appeal from Ellis County Court; W. M. Tidwell, Judge.

Gragara, a Mexican, was convicted of gaming, and he appeals.　Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J.　Appellant was convicted of gaming, his punishment being assessed at a fine of $10.

This case is before us without a statement of facts or bill of exceptions.　The allegation that the evidence is not sufficient, therefore, cannot be reviewed.

The judgment is affirmed.

---

## BESENTA v. STATE.　(No. 3793.)

(Court of Criminal Appeals of Texas.　Nov. 3, 1915.)

CRIMINAL LAW ☞1124—PRESENTATION FOR REVIEW—SUFFICIENCY OF EVIDENCE.

Where there was no bill of exceptions or statement of facts, and the motion for new trial, based on insufficiency of the evidence to support the conviction, was not signed by defendant or his attorney, and there was no verification by the trial judge of the testimony set out in the motion as being that adduced on the trial, nothing was presented for review.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2939, 2946–2948; Dec. Dig. ☞1124.]

Appeal from Ellis County Court; W. M. Tidwell, Judge.

Besenta, a Mexican, was convicted of gaming, and appeals.　Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J.　Appellant was convicted of gaming, his punishment being assessed at a fine of $10.

There is no bill of exceptions or statement of facts in the record, therefore the case will be disposed of without reference to those matters.　The motion for new trial is based on the insufficiency of the evidence to support the conviction, and there is also set out in the motion for new trial some questions and answers of the witness.　But there is no verification of this testimony by the trial judge as being the facts adduced upon the trial, and in fact the motion for new trial is not signed by the defendant or his attorneys. As this matter is presented, there is nothing for this court to review, and the judgment will be affirmed.

---

## AUGUSTINE v. STATE.　(No. 3794.)

(Court of Criminal Appeals of Texas.　Nov. 3, 1915.)

CRIMINAL LAW ☞1097—APPEAL AND ERROR — RECORD ON APPEAL — REVIEW OF EVIDENCE.

The contention of appellant that evidence fails to support the conviction cannot be reviewed in the absence of a statement of facts.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. ☞1097.]

Appeal from Ellis County Court; W. M. Tidwell, Judge.

Augustine, a Mexican, was convicted of gaming, and he appeals.　Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J.　Appellant was convicted of gaming, his punishment being assessed at a fine of $10.

The record is before us without bills of exception or statement of facts.　The contention of appellant that the evidence fails to support the conviction cannot be reviewed in the absence of the statement of facts.

The judgment therefore will be affirmed.